IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02124-PAB-KLM

LASHANDA D. WESTON,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a Colorado nonprofit corporation,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [Docket No. 9; Filed November 28, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#9-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: November 29, 2012